Fanny Gurfein, an Infant, etc., Appellant, v. Helen L. Brewster, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Robert S. Anner, an Infant, etc., Respondent, v. Abraham Gordon and Another, Composing the Firm of A. Gordon & Bro., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James H. Caldwell and Others, Doing Business as Copartners, etc., Respondents, v. William J. Massee, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John F. Schreyer, Appellant, v. James A. Deering, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Anna Florio, an Infant, etc., Respondent, v. Douglas Robinson, as Receiver, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Michael Florio, Respondent, v. Douglas Robinson, as Receiver, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Adena C. E. Minott, Appellant, v. New York Times Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Raffael Luongo, Respondent, v. Aloha Realty Company, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

David A. Perlman, an Infant, Respondent, v. I. Blyn & Sons, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,500, in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Alexander Potter, Appellant, v. The Pictorial Review Company, Respondent.— Judgment affirmed, with costs, on 156 Appellate Division, 874. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Percy A. Hughes, Appellant, v. Charles Armbruster and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Lazarus Goldstein, Respondent, v. Nelson-Black Construction Company and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sophie Newhouse, Appellant, v. Harriet Mintz, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.